**Order filed, January 4, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00790-CR

———————

**JASON ALEXANDER SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 06-DCR-044730A**

## ORDER

The reporter's record in this case was due **November 22, 2012**. *See* Tex. R. App. P. 35.1. On November 28, 2012, this court ordered the court reporters to file the record on or before December 28, 2012. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first order, the court **GRANTS** your request and issues the following order.

We order **Elizabeth Wittu**, the official court reporter, to file the record in this appeal **on or before January 28, 2013. No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Elizabeth Wittu** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM